**ENSMINGER et al. v. STATE.**

No. 26611.

Court of Criminal Appeals of Texas.

Nov. 18, 1953.

No attorney on appeal, for appellants.

William H. Scott, Crim. Dist. Atty., King C. Haynie, Asst. Crim. Dist. Atty., Houston, Wesley Dice, State's Atty., of Austin, for·the State.

BELCHER, Commissioner.

Appellants were convicted for the offense of robbery by assault, and the punishment of each was assessed at five years in the penitentiary.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.